IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Korea Witcher Johnson
Plaintiff

Vs                                    Complaint

Humboldt Tennessee Post office
Cobb County Department Of Family and Children Services
Joseph, Greenwald & Laake, P.A., & Jay P. Holland Attorneys at Law
Defendants
USC Title 18 Chapter 83 1708, USC Title 18 Chapter 63, USC Title 18 Chapter 47 1028, USC Title 18 Chapter 73

III. Parties
   A. Name of Plaintiff – Korea Witcher Johnson
      607 South Broad Street Leland, Mississippi 38756
   B. Defendant – Humboldt Tennessee Post Office
      1420 Osborne Street Humboldt. Tennessee 38343
   C. Defendant - Cobb County Department Of Family and Children Services
      325 South Fairground Street Marietta, Georgia 30060 – 2355
   D. Defendant - JOSEPH, GREENWALD, & LAAKE, P.A., Jay P. Holland
      ATTORNEYS AT LAW  6404 Ivy Lane, Suite 400 Greenbelt, Maryland 20770

IV. Statement Of Claim
   1. Defendant – Humboldt Tennessee Post Office unlawfully and wrongfully sent my certified mail and criminal complaints to its unintended destination. Conspiracy and refusal cause my case number CA114932359 not to be investigated. My certified mail and return receipt green card did not reach The Federal Bureau Of Investigation John Jones, Senior Supervisory Resident Agent, Tyler, Texas and Office of the Governor, Rick Perry Office.
   2. Defendant – Cobb County Department Of Family and Children Services showed in plain view that their department unlawfully and wrongfully

received Tyler, Texas the Federal Bureau of Investigation John Jones Senior Supervisory Resident Agent certified mail and criminal complaint. With no fear of Justice. Cobb County Department Of Family and Children Services answer for the Federal Bureau Of Investigation stolen mail with statements only the Federal Bureau Of Investigation, John Jones, and the Office Of The Governor, Rick Perry should know of. The letter that Cobb County Department Of Family and Children Services sent to me is fake, phony and a fraud letter. The two different signatures on the Federal Bureau Of Investigation return receipt green card has a fake name on it as Linda Smith.

3. Defendants – JOSEPH, GREENWALD, LAAKE, P. A. & Jay P. Holland unlawfully and wrongfully used and stolen my identity for identity theft after my mail was stolen.

V. I Korea Witcher Johnson is asking for an order from the United States District Court for the Western District Of Tennessee Western Division for the defendants to release all documents, letters, and information pertaining to to my name.

VI. Jury Demand
I would like to have my case tried by a jury. Yes ( x )  No ( ).

I ( We ) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.
Signed this 8th day of January 2014.

_Korea Witcher Johnson_
_____
_____
(Signature of Plaintiff/ Plaintiffs