Korea Witcher Johnson
607 S. Broad St.
Leland, MS 38756
December 6, 2013

*RECEIVED JAN - 8 2014 CLERK, U.S. DIST. COURT WESTERN DIST. OF TENN*

**URGENT**

ATTN TO: Greenbelt City Police Department
Investigation Division
550 Crescent Road
Greenbelt, Maryland
(301) 474 – 7200

*Refuse to investigate, and answer regarding my identity.*

Re: Possible Claim, Identity Theft, Mail Theft, & Mail Fraud.

I Korea Witcher Johnson, asking of Greenbelt City Police Department Investigation Division to investigate Joseph, Greenwald & LAAKE, P.A. Attorney at Law, Jay P. Holland & Staff at 6404 Ivy Lane Suite 400 Greenbelt, Maryland 20770 ( 240 ) 553 – 1198, Fax – ( 240 ) 553 – 1740 and Holland, Esq. signature on their letter dated November 12, 2013 & Staff. My identity have been unlawfully, wrongfully stolen and used for identity theft by Joseph, Greenwald & LAAKE, P.A. Attorney at Law, Jay P. Holland. I Korea Witcher Johnson never had no dealing, never knew, saw Joseph, Greenwald, & LAAKE, P.A. in person or talk to them on a telephone conversation about handling a possible claim, & a case for me. I never heard of a possible claim. Please investigate – Re: Possible Claim, Identity Theft, Mail Theft,

& Mail Fraud. Please ask them for everything they have in my name and an authorization for a release of information and a signature for me for them to handle a possible claim. I Korea Witcher Johnson have not given my approval, permission, consent, & an authorization for a release of information and my signature to Joseph, Greenwald & LAAKE, P.A. Attorneys at Law & Jay P. Holland to represent me, to handle a possible claim, or case for me. My case do not have anything to do with Joseph, Greenwald & LAAKE, P.A., Jay P. Holland, their city, town, county, and state. I Korea Witcher Johnson, went in person to Leland Police Department 320 North Broad Street Leland MS 38756 ( 662 ) 686 – 7233 on November 15,2013 and ask the dispatcher may, I speak to a detective so she let me speak to a detective, or officer William Sexton to report that as soon, as my certified mail, Federal Bureau Of Investigation, Mr. John Jones, Senior Supervisory Resident Agent 3301 Golden Road Suite 101 Tyler, Texas 75701 ( 903 ) 590 – 1400, ( Fax ) ( 903 ) 590 – 1436 and Office Of The Governor, Rick Perry P.O. Box 12428 Austin, Texas were unlawfully, wrongfully, stolen and used for identity theft from Humboldt, Tennessee Post Office Joseph, Greenwald, & LAAKE,P.A. Attorney's at Law, & Jay P. Holland letter dated November 12, 2013 popped up for identity theft on November 15, 2013 for me to receive without my knowledge. I Korea Witcher Johnson went in person to Leland Police Department to ask the

dispatcher on Friday, November 22, 2013 may, I spoke again to Officer William Sexton. I spoke to Officer William Sexton Friday, November 22, 2013 approximately 11:30 to pick up my identity theft report. I call Joseph, Greenwald & LAAKE, P.A . Attorneys at Law, Jay P. Holland & Staff a lady answer the telephone, I ask her what is your name, she told me she can't give me her first or last name to me. I ask her may, I speak to Jay P. Holland, Attorney she told me to hold she will get attorney Jay P. Holland to the telephone so I can talk to him about Joseph, Greenwald & LAAKE, P. A. a letter dated November 12, 2013 that had my name Korea Witcher Johnson, and my address on it and he signed his signature BY: Jay P. Holland. When the lady, came back to the telephone she hung up the telephone on me. Humboldt Tennessee Post office would not do an investigation for: Korea Witcher Johnson, Federal Bureau of Investigation, Mr. John Jones, Senior Supervisory Resident Agent, Tyler, Texas and Office Of The Governor, Rick Perry, Austin, Texas certified stolen mail. Office of The Governor, Rick Perry return receipt green card never made it to the Governor, Rick Perry, & Staff. Office Of the Governor, Rick Perry shows no signature, and no printed name on the return receipt and green card when it was return back to me. I Korea Witcher Johnson, call Federal Bureau Of Investigation Tyler, Texas & and Office Of The Governor, Rick Perry & Staff they told me over a telephone conversation

that my certified mail never reach them and their staff never signed for my certified mail. Leland Police Department Officer William Sexton called from his office to ask the name of Jenna Chandler from Joseph, Greenwald & LAAKE, P.A. & Jay P. Holland because the lady answer Joseph, Greenwald & LAAKE,P.A. wouldn't give me her name this why Officer, William Sexton wrote her name on Joseph, Greenwald & LAAKE, P.A. letter dated for November12, 2013. I call Federal Bureau Of Investigation Tyler, Texas Office, they told me they do not have anyone by the name of Linda Smith work for them or who would have signed certified mail for them. My identity have been unlawfully, and wrongfully spreaded across the United States of America. I Korea Witcher Johnson, will greatly appreciate if you would please investigate this most urgent matter at the Joseph, Greenwald & LAAKE, P.A . Attorneys at Law, Jay P. Holland, Jenna Chandler & Staff.

PLEASE REPLY,

Thank you,

*Korea Witcher Johnson*

Korea Witcher Johnson

STATE OF MISSISSIPPI
COUNTY OF SUNFLOWER

Sworn to and subscribed before me in this the 6th day of December A.D. 2013

Sharon McFadden

Sharon McFadden, Circuit Clerk
Sunflower County, Mississippi
By: BSmith D.C.
My Commission Expires: 11-16