## LELAND POLICE DEPARTMENT

### AGENCY: 7605

**Call for Service #** 13-001332
**Case #** 13-000001883

**Complainant:** KOREA WITCHER-JOHNSON , 607 SOUTH BROAD, LELAND, MS 38756    **Home Phone:** 9014838983    **Work Phone:**

**Offense:** I20    : IDENTITY THEFT 97-45-19
**Call Received by:** TRACY MILES (D-1)    **Date:** 11/22/2013
**Responding Officer:** WILLIAM SEXTON (L-14)    **Beat:** 1
**Location of Incident:** 607 S.BROAD LELAND, MS
**Received:** 11:30    **Responded:** 11:43    **Arrived:**    **Completed:**
**Status:** NARRATIVE    **Date:** 11/22/2013

**Report party:** KOREA WITCHER-JOHNSON , 607 SOUTH BROAD, LELAND, MS 38756    **Home Phone:** 9014838983    **Work Phone:**

| | |
|---|---|
| *Involved:* | NONE |
| *Parents:* | NONE |
| *Suspects:* | NONE |
| *Victims:* | NONE |
| *Witnesses:* | NONE |

*Narrative:* WILLIAM SEXTON (L-14)

On Friday November 22, 2013 at approx 11:30 Korea Witcher-Johnson came into Leland Police Department in reference to her idenity being possibly stolen and wrongfully used. Mrs. Johnson said she recieved a letter from Jay P. Holland Attorneys at Law from Greenbelt, MD with her current address attached to the letter. Mrs. Johnson say she never contacted the law firm referring to a case. Mrs. Johnson said after her mail was stolen in Humboldt,Tennesse post office and soon after the letter popped up in the mail from Jay P. Holland .

**Total calls: 1**