

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of Texas*

---

*110 N. College, Suite 700*　　　　　　　*Phone (903) 590-1400*
*Tyler, Texas 75702-7237*　　　　　　　*Fax   (903) 590-1436*

February 27, 2012

Mr. John Jones, Senior Supervisory Resident Agent
Federal Bureau of Investigation
3301 Golden Road
Suite 101
Tyler, TX 75701

　　　　　Re:　　Correspondence from Korea Witcher Johnson

Dear Agent Jones:

　　　I am enclosing a letter our office recently received from Ms. Korea Witcher Johnson. Today I also spoke with her and her husband, Ronald A. Johnson. Ms. Johnson had mailed the attached letter and forms to our office. Based on the correspondence and our conversation it appears she would like to file a complaint regarding unspecified public corruption matters that have allegedly occurred in Cobb County and Marietta, Georgia and also in Gregg County, Texas.

　　　As you can see, she has attached a blank complaint form she received from the United States District court. I explained to her and her husband that they needed to provide details of their complaint(s) so that an investigation can be made, if appropriate. I also told them that, in an appropriate case, our office could prosecute, but does not investigate, these matters. As such, I am forwarding this correspondence to you. I have told them that they will have to provide your office with details in order to determine what course of action, if any, should be taken.

　　　I am providing the Johnsons with a copy of this letter so that they may contact you directly if necessary.

　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　JOHN M. BALES
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　Jim Middleton
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

JM/hh
Enclosures CC: Korea and Ronald Johnson