# JOSEPH, GREENWALD & LAAKE, P.A.
## ATTORNEYS AT LAW

**Jay P. Holland**
*Attorney at Law*

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Direct Dial: (240) 553-1198
Direct Fax: (240) 553-1740
Email: jholland@jgllaw.com

*Jenna Chandler*

November 12, 2013

Korea Witcher Johnson
607 South Broad Street
Leland, MS 38756

Re:   **Possible Claim**

Dear Korea Witcher Johnson:

    This letter is to confirm that we will not be representing you in your dispute with Kangaroo Court at this time.

    While we are unable to assist you in this current case, please also find enclosed my card. As we are a full service law firm, having been in business since 1967, should you or any other individuals you know need any legal assistance, please contact me or have them contact me.

    We wish you the best in this matter.

Very truly yours,

JOSEPH, GREENWALD & LAAKE, P.A.

By: *[signature]*
Jay P. Holland, Esq.