

U.S. Department of Justice

Federal Bureau of Investigation

---

In Reply, Please Refer to
File No.

3301 Golden Road, Suite 300
Tyler, TX 75701
903-592-4301
September 16, 2013

Attention:     Korea Witcher Johnson

RE:  Letter about missing children

Dear Ms. Johnson:

    This letter is to inform you the Federal Bureau of Investigation, Dallas Division, Tyler Resident Agency has addressed your complaint about your missing children, Joshua Johnson and Korea Johnson.

    The Tyler RA contacted the Georgia Department of Human Services (GDHS), Cobb County Department of Family and Children Services, who advised Korea Johnson, Joshua Johnson, Rona Johnson, Ronald Stone and Geneva Stone all entered into the care of the GDHS on December 4, 1994, due to physical abuse and neglect issues. The children remained in the care of GDHS and parental rights were terminated on August 26, 1999, per court order. According to the GDHS, most of the children have aged out of the care of the GDHS, except for Korea Johnson, who has signed paperwork to remain in GDHS care until the age of 21.

    Due to the fact all of the children are now adults and are no longer in the care of the GDHS, except for Korea Johnson, and parental rights were terminated in 1999, there is nothing further for the FBI to address concerning this matter. If you have any further questions regarding the above mentioned persons, please contact the GDHS at 770-528-5054.

                            Sincerely,

                            Diego G. Rodriguez
                            Special Agent in Charge

By:
John C. Jones
Supervisory Special Agent