IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KOREA WITCHER JOHNSON,

    Plaintiff,

v.                               No. 14-1004

UNITED STATES POSTAL SERVICE,
*et al.*,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING WITH PREJUDICE CLAIMS
AGAINST DEFENDANT UNITED STATES POSTAL SERVICE

---

    Before the Court is the motion of Defendant United States Postal Service ("USPS") to dismiss the claims of the *pro se* Plaintiff, Korea Witcher Johnson, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. (D.E. 19.) United States Magistrate Judge Edward G. Bryant entered a report and recommendation on October 28, 2014, advising the undersigned that, in his opinion, the motion should be granted. (D.E. 30.) On November 10, 2014, the Plaintiff filed a document in which she appeared to accept the magistrate judge's recommendation. (D.E. 34.) Accordingly, the report and recommendation is ADOPTED and the motion to dismiss Plaintiff's claims against the USPS is GRANTED. The dismissal is with prejudice.

    IT IS SO ORDERED this 12th day of November 2014.

                                              s/ J. DANIEL BREEN
                                              CHIEF UNITED STATES DISTRICT JUDGE