IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KOREA WITCHER JOHNSON,

    Plaintiff,

v.                                                          No. 14-1004

UNITED STATES POSTAL SERVICE,
*et al.*,

    Defendants.

___

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CLAIMS AGAINST DEFENDANTS
JOSEPH, GREENWALD & LAAKE, P.A. AND JAY P. HOLLAND
___

    Before the Court is the motion of Defendants Joseph, Greenwald & Laake, P.A. and Jay P. Holland to dismiss the claims of the *pro se* Plaintiff, Korea Witcher Johnson, pursuant to Rule 12 of the Federal Rules of Civil Procedure. (D.E. 17.) United States Magistrate Judge Edward G. Bryant entered a report and recommendation on December 1, 2014, advising the undersigned that, in his opinion, the motion should be granted. (D.E. 36.) As no objections have been filed and upon review of the briefs, the report and recommendation is hereby ADOPTED in its entirety and the motion is GRANTED. The Plaintiff's claims against Joseph, Greenwald & Laake, P.A. and Jay P. Holland are DISMISSED.

    IT IS SO ORDERED this 24th day of December 2014.

                                                              s/ J. DANIEL BREEN
                                                              CHIEF UNITED STATES DISTRICT JUDGE